[Nos. 16317–5–I; 17584–0–I. Division One. March 18, 1987.]

*In the Matter of the Marriage of* GERALD B. NETZKY, *Appellant, and* BARBARA A. NETZKY, *Respondent.*

Appeals from judgments of the Superior Court for King County, No. 84–3–02208–0, Gerard M. Shellan, J., entered April 17 and December 11, 1985. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Ringold, A.C.J., and Grosse, J.

[No. 16301–9–I. Division One. March 18, 1987.]

ERNEST R. PORTER, ET AL, *Appellants*, v. KING COUNTY, ET AL, *Defendants*, EARL H. CARPENTER, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–08520–9, Francis E. Holman, J., entered March 13, 1985. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Coleman, J.

[No. 7536–2–III. Division Three. March 19, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY E. SMOOT, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 84–1–00139–2, Richard G. Patrick, J., entered June 7, 1985. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.